### 10751. CHILDS v. THE STATE.

BLOODWORTH, J. The court did not err in charging the jury on voluntary manslaughter. There is ample evidence to support the verdict; and the motion for new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED NOVEMBER 4, 1919.

Indictment for murder—conviction of manslaughter; from Putnam superior court—Judge Park. June 7, 1919.

*Davidson & Callaway,* for plaintiff in error.

*Doyle Campbell, solicitor-general,* contra.

---

### 10762. MACON v. THE STATE.

BROYLES, C. J. 1. The ground of the motion for a new trial based upon the refusal of the judge to comply with the written request to charge can not be considered, since it does not appear that the request was tendered to the court before the jury retired to consider the case. *Seaboard Air-Line Ry.* v. *Barrow,* 18 *Ga. App.* 261 (4) (89 S. E. 383).
2. Under the facts of the case the court did not err in instructing the jury upon the law of manslaughter.
3. None of the excerpts from the charge of the court excepted to, when considered with the entire charge and the facts of the case, contains material error.
4. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 4, 1919.

Conviction of manslaughter; from Jones superior court—Judge Park. June 7, 1919.

*E. T. Dumas, J. A. Henderson, John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Doyle Campbell, solicitor-general,* contra.